```
 1  Nancy Curry
    Chapter 13 Trustee
 2  606 S. Olive Street, Suite 950
    Los Angeles, CA  90014
 3  (213) 689-3014   FAX (213) 689-3055
 4
                    UNITED STATES BANKRUPTCY COURT
 5                   CENTRAL DISTRICT OF CALIFORNIA
 6
 7  In re:                      ) Case No.: 2:09-bk-13813 VZ
                                ) TRUSTEE'S NOTICE OF
 8     Jointer, Raymond Earl    ) UNCLAIMED DIVIDEND
                                ) (Bankruptcy Rule 3011)
 9                              )
                                )
10                              )
                                )
11
       TO THE CLERK OF THE ABOVE-ENTITLED COURT:
12
       Please find annexed hereto Check No. 633752 in the sum of
13
    $5.61 representing the total amount of unclaimed dividend in the
14
    above-entitled debtor's estate.  The check was not deliverable
15
    at the address of record.  The Trustee, after due diligence, has
16
    not been able to locate the payee.  Said sum is paid over to you
17
    pursuant to Bankruptcy Rule 3011.  The record reflects the name
18
    and address of the party entitled to said unclaimed dividend to
19
    be:
20
                  Citi Financial
21                1363 W. Whittier Blvd.
                  La Habra, CA 90631
22

23
    Date: March 16, 2011              /s/ Nancy Curry
24

25
```

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

- 1 -

Nancy Curry Chapter 13 Trustee                                   Check No. 633752

Pay to: 50003300  U.S. BANKRUPTCY COURT

Please notify us of any changes to your claim (e.g. account number, address, claim assignment)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 0913813-VZ | 203-0 | JOINTER, RAYMOND EARL | 0977 | 1,265.58 | 5.61 | 0.00 | 5.61 |

⚠ WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

March 16, 2011

**Nancy Curry**
**Chapter 13 Trustee**
606 S. Olive ST., Suite 950
Los Angeles, CA. 90014

Disbursement Account
**Suntrust Bank**

84-79 / 611

No. 633752

PAY** Five Dollars and 61 Cents*************************************************
TO THE ORDER OF

AMOUNT *****$5.61 ***

VOID AFTER June 14, 2011

U.S. BANKRUPTCY COURT
FISCAL DEPT.
255 E. TEMPLE STREET, RM 1067
LOS ANGELES, CA  90012-

*Nancy Curry* (signature)

⑈633752⑈ ⑆061100790⑆ 000000575200 ⑈